# Court of Appeals
# of the State of Georgia

ATLANTA,  November 18, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0560. DENNIS A. BROWN v. AMY McCRORY BROWN.**

Dennis A. Brown and Amy McCrory Brown were divorced in 2013. The final order and decree of divorce incorporated a settlement agreement and a separate "Terms of Sale Agreement" addressing the disposition of the marital residence. Amy subsequently filed a motion for contempt, alleging that Dennis had violated the Terms of Sale Agreement when he refused to allow her to exercise her right to purchase the property.  In September, 2021, the trial court entered an order holding Dennis in contempt and requiring him to sell Amy his interest in the marital residence under the terms of the parties' agreement. Dennis filed this direct appeal from that order. We, however, lack jurisdiction.

In his notice of appeal, Dennis asserts he has the right to a direct appeal under OCGA § 5-6-34 (a) (2).  Appeals from orders in domestic relations cases, however, including orders holding or declining to hold persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2); *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984). And "[f]ailure to follow the discretionary procedures when required deprives this court of jurisdiction." *In the Interest of C. M. L.*, 260 Ga. App. 502, 503 (1) (580 SE2d 276) (2003). Dennis Brown's failure to follow the discretionary appeal procedure, therefore, deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __11/18/2021__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*